**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7537**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

THERESA CREPEAU, a/k/a T. Crepeau,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (CR-94-2, CA-01-68-4)

———————

Submitted:  December 20, 2001        Decided:  January 9, 2002

———————

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Theresa Crepeau, Appellant Pro Se.  Kevin Michael Comstock, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Theresa Crepeau appeals the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Crepeau, Nos. CR-94-2; CA-01-68-4 (E.D. Va. July 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED